# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GREGORIO BARBA, | Case No. CV 14-01777-VAP (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOE LIZARRAGA, Warden, | |
| Respondent. | |

FILED CLERK, U.S. DISTRICT COURT DEC 3 0 2015 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge with the following change:

Page 1, lines 22-23: delete the words "and that petitioner be ordered to file a Reply to the Answer within thirty (30) days."

//
//
//
//
//

1

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: December 22, 2015

/s/ Virginia A. Phillips
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE