

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GREGORIO BARBA,<br><br>    Petitioner,<br><br>  vs.<br><br>JOE LIZARRAGA, Warden,<br><br>    Respondent. | Case No. CV 14-01777-VAP (KES)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: December 22, 2015

                                         VIRGINIA A. PHILLIPS
                                         UNITED STATES DISTRICT JUDGE