FILED
CLERK, U.S. DISTRICT COURT

3/9/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GREGORIO BARBA, <br><br> Petitioner, <br><br> vs. <br><br> JOE LIZARRAGA, Warden, <br><br> Respondent. | Case No. CV 14-01777-VAP (KES) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed by Petitioner. Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendations of the Magistrate Judge with the following changes to the Report:

Page 18, lines 8-9: delete the words "directing that Judgment be entered denying the Petition and dismissing this action with prejudice."

//
//
//
//

1

1    IT THEREFORE IS ORDERED that Petitioner's request for a Stay (Dkt. 46)
2 is DENIED.

4 DATED: March 2, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE