JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GREGORIO BARBA,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-01777-VAP (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: July 9, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1